ZEIGLER, ET AL. V. CHAPMAN, ET AL.

*Probate of Will.*

(Decided Nov. 21, 1907.)

APPEAL from Elmore Probate Court.
Heard before Hon. H. J. LANCASTER.
No counsel marked for appellant.
RUSHTON & COLEMAN, and F. W. LULL, for appellee.
Per curiam.—Affirmed for want of assignment of error.

----

ALABAMA STEEL & WIRE CO. V. TOMLIN.

(Decided Jan. 23rd, 1908.)

APPEAL from Cherokee Circuit Court.
Heard before Hon. W. W. HARALSON.
HOOD & MURPHREE, for appellant.
CONNOR & LUMPKIN and C. DANIEL, for appellee.
Affirmed for want of assignment of error.
Per curiam.

----

ANNISTON MANUFACTURING CO. V. WAL-
DROP.

(Decided Jan. 14th, 1908.)

APPEAL from Anniston Circuit Court.
Heard before Hon. JOHN PELHAM.
No counsel marked for either side.
Affirmed on certificate.
Per curiam.